UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCIA A. KOIVISTO, | CASE NO. C13-1254-JLR-MAT |
| Plaintiff, | |
| v. | ORDER GRANTING LIMITED EXTENSION OF TIME OF REMAINING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant filed the parties' second stipulation for extension of time (Dkt. 22), requesting a 62-day extension of the due date in which to file her responsive brief. The first unopposed motion for extension, filed by plaintiff, sought a one day extension. Having considered the stipulation, and the entire docket in the case, the Court hereby GRANTS an extension of the briefing schedule, but declines to use the dates requested by the parties. A 62-day extension would adversely affect the Court's ability to decide the case in a timely manner. The Court therefore grants a 33-day extension, with the new deadlines as follows:

    Defendant's Responsive Brief:    January 6, 2014

    Plaintiff's optional Reply Brief:    January 21, 2014

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -1

If defendant needs additional time, the parties can file a new unopposed motion for extension. Alternatively, the Court is aware of counsel's heavy workload and suggests that another attorney be assigned to the case if the new deadline cannot be met.

DATED this 5th day of December, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge