UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCIA A. KOIVISTO, | ) |
| | ) CASE NO. C13-1254-JLR-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff brought this action to seek judicial review of the denial of an application for disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 28.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council shall instruct the Administrative Law Judge to update the record; further evaluate plaintiff's mental impairment(s) pursuant to the technique described in 20 C.F.R. §§ 404.1520a and 416.920a (2013); reassess the severity of plaintiff's

REPORT AND RECOMMENDATION
PAGE -1

hip arthritis; reevaluate the opinion evidence, including the evidence from Ramoncita Maestas, M.D., Carol Brenner, M.D., Kendra Koeplin, MSW, and James Robert Basinski, M.D.; reassess plaintiff's mental and physical residual functional capacity; further evaluate whether plaintiff can perform the physical and mental demands of her past relevant work as a customer service representative (telephone or casher); and, if necessary, proceed to step five of the sequential evaluation process, hold a new hearing, and obtain vocational expert testimony. Also, upon proper application, the Court will consider plaintiff's application for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412, *et seq*.

The Court recommends that United States District Judge James L. Robart immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 22nd day of January, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge