FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 27 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WASHINGTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

MARCIA A. KOIVISTO, ) 
) CASE NO. C13-1254-JLR
Plaintiff, )
)
v. )
) ORDER OF REMAND
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
)
Defendant. )
_____ )

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings.  (Dkt. 28.)  It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 26th day of January, 2014.

JAMES L. ROBART
United States District Judge

ORDER OF REMAND
PAGE -1

13-CV-01254-ORD